| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
|   | REBECCA A. HULL  Bar No. 99802 |
| 2 | rebecca.hull@sdma.com |
|   | ERIN A. CORNELL  Bar No. 227135 |
| 3 | erin.cornell@sdma.com |
|   | One Market Plaza |
| 4 | Steuart Tower, 8th Floor |
|   | San Francisco, California 94105 |
| 5 | Telephone: (415) 781-7900 |
|   | Facsimile:  (415) 781-2635 |
| 6 | |
|   | Attorneys for Defendants |
| 7 | METROPOLITAN LIFE INSURANCE COMPANY |
|   | and WELLS FARGO & COMPANY LONG TERM |
| 8 | DISABILITY PLAN |
| 9 | THE BRESLO LAW FIRM |
|   | JOHN C. BRESLO  Bar No. 163757 |
| 10 | 8426 East Shea Boulevard |
|   | Scottsdale Arizona 85260 |
| 11 | Telephone: (480) 664-6635 |
|   | Facsimile: (480) 240-9325 |
| 12 | |
|   | THE LAW OFFICE OF RUSSELL G. PETTI |
| 13 | RUSSELL G. PETTI  Bar No. 137160 |
|   | 466 Foothill Boulevard Suite 389 |
| 14 | La Canada, California 91011 |
|   | Telephone: (818) 952-2168 |
| 15 | Facsimile: (818) 952-2186 |
| 16 | Attorneys for Plaintiff |
|   | KERILEI R. OLDOERP |
| 17 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 20 | KERILEI R. OLDOERP, | CASE NO.  CV 08-5278 JSW |
| 21 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING LAST DAY TO PARTICIPATE IN ALTERNATIVE DISPUTE RESOLUTION** |
| 22 | v. | |
| 23 | WELLS FARGO & COMPANY LONG TERM DISABILITY PLAN; | |
| 24 | METROPOLITAN LIFE INSURANCE COMPANY | |
| 25 | Defendants. | |

CASE NO. CV 08-05278 JSW
STIPULATION AND [PROPOSED] ORDER CONTINUING LAST DAY TO PARTICIPATE IN ADR

1    IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff KERILEI
2    R. OLDOERP, and defendants WELLS FARGO & COMPANY LONG TERM DISABILITY
3    PLAN and METROPOLITAN LIFE INSURANCE COMPANY, through their respective
4    attorneys of record herein, as follows:
5    WHEREAS on February 12, 2009, the court ordered the parties to participate in
6    mediation by May 1, 2009;
7    WHEREAS, on or about April 9, 2009, the parties agreed to use mediator Ralph O.
8    Williams;
9    WHEREAS, due to scheduling conflicts between Mr. Williams, counsel for plaintiff,
10   counsel for defendants, and defendants' representative that will attend the mediation, the
11   mediation could not be scheduled until June 10, 2009, at the earliest;
12   WHEREAS, the parties intend to participate in mediation with Mr. Williams on June 10,
13   2009;
14   WHEREAS, the mediation currently scheduled for June 10, 2009 is past the court-ordered
15   last day to participate in mediation.
16   Accordingly, plaintiff and defendants respectfully request that the court extend the last day
17   to participate in mediation to June 12, 2009.
18   SO STIPULATED, AGREED, AND RESPECTFULLY REQUESTED:
19   DATED: April 22, 2009            SEDGWICK, DETERT, MORAN & ARNOLD LLP
20
21                                   By: /s/ Erin A. Cornell
                                         Rebecca A. Hull
22                                       Erin A. Cornell
                                         Attorneys for Defendants
23                                       METROPOLITAN LIFE INSURANCE COMPANY and
                                         WELLS FARGO & COMPANY LONG TERM
24                                       DISABILITY PLAN
25
26
27
28

-1-

CASE NO. CV 08-05278 JSW
STIPULATION AND [PROPOSED] ORDER CONTINUING LAST DAY TO PARTICIPATE IN ADR

1  DATED: April 22, 2009         THE LAW OFFICES OF RUSSELL G. PETTI

2

3                                By: /s/ Russell G. Petti (as authorized on 4/22./09)
                                 Russell G. Petti
4                                Attorneys for Plaintiff
                                 KERILEI R. OLDOERP
5

6

7                                **~~PROPOSED~~ ORDER**

8       Pursuant to the parties' April 22, 2009 Stipulation and [Proposed] Order Continuing the

9  Last Day to Participate in Alternative Dispute Resolution, the Court hereby ORDERS that the last

10 day for the parties to participate in mediation is continued to June 12, 2009.

11      IT IS SO ORDERED.

12 DATED: April 22, 2009

13

14                               _____
                                 HONORABLE JEFFREY S. WHITE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

CASE NO. CV 08-05278 JSW
STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING LAST DAY TO PARTICIPATE IN ADR