IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KERILEI R. OLDOERP,

    Plaintiff,

v.

WELLS FARGO AND COMPANY LONG
TERM DISABILITY PLAN;
METROPOLITAN LIFE INSURANCE CO.,

    Defendants.
_____/

No. C 08-05278 JSW

**ORDER SETTING BRIEFING SCHEDULE**

    This matter is set for a hearing on July 17, 2009 on the motion to compel discovery filed by plaintiff Kerilei R. Oldoerp. Defendants have already filed their opposition. The Court HEREBY ORDERS that Plaintiff shall file her reply brief, if any, by no later than May 19, 2009.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: May 12, 2009

                                                      JEFFREY S. WHITE
                                                      UNITED STATES DISTRICT JUDGE