Russell G. Petti, Esq, State Bar No. 137160
  EMail: Rpetti@petti-legal.com
THE LAW OFFICES OF RUSSELL G. PETTI
466 Foothill Blvd., #389
La Canada, CA 91011
(818) 952-2162 (TEL)
(818) 952-2186 (FAX)

John C. Breslo, Esq. State Bar No. 163757
  Email: jbreslo@breslolaw.com
The Breslo Law Firm
8426 East Shea Boulevard
Scottsdale, Arizona 85260
(480) 664-6635 (tel.)

Attorneys for Plaintiff Kerilei R. Oldoerp

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERILEI R. OLDOERP,<br><br>             Plaintiff,<br><br>       VS.<br><br>WELLS FARGO AND COMPANY LONG TERM DISABILITY PLAN; METROPOLITAN LIFE INSURANCE COMPANY,<br><br>             Defendants. | CASE NO: C 08-05278 JSW<br><br>STIPULATION AND [PROPOSED] ORDER TO REMOVE THE SUMMARY JUDGMENT BRIEFING SCHEDULE FROM THE CALENDAR AND SETTING THIS MATTER FOR A BENCH TRIAL ON THE RECORD |

Plaintiff Kerilei R. Oldoerp and defendants Metropolitan Life Insurance Company ("Met Life") and the Wells Fargo and Company Long Term Disability Plan ("the Plan") hereby stipulate to the following:

1. On March 6, 2009 this Court set this matter for a Summary Judgment Hearing, set for November 6, 2009 at 9:00 a.m. The Court also set a briefing schedule, with the first briefing due on September 11, 2009;

1

**STIPULATION AND [PROPOSED] ORDER FOR BENCH TRIAL C 08-05278 JSW**

2. The parties have met and conferred on this issue, and agree that this matter is probably not amenable to summary judgment, as there are likely to be matters of disputed fact regarding the alleged conflict of interest;

3. As such, the parties respectfully request that the Summary Judgment Hearing set in this matter be taken off calendar;

4. Instead of a summary judgment hearing, the parties respectfully request that the Court set this matter for a bench trial, which will be conducted on the paper record with whatever additional documentary evidence that the Court determines is appropriate under the applicable standard. The parties estimate that this bench trial will last approximately 2 hours;

5. As to the date of the bench trial, as the Court is aware, in its Order of March 6, 2009, it stayed discovery pending resolution of plaintiff's Motion for Discovery. This stay was lifted by the Court in its Order of July 15, 2009, permitting plaintiff to serve discovery;

6. Plaintiff served discovery on July 16, 2009, to which Met Life timely responded. However a dispute has arisen as to the nature of the response, which the parties agree should be resolved prior to the commencement of the trial briefing schedule;

7. As such, the parties respectfully request that the trial of this matter be set for February 12, 2010, so that the parties can resolve the pending discovery dispute prior to the commencement of the briefing schedule.

8. The parties contemplate that the pretrial process and the trial of this matter will consist of the following:

    a. The filing of the written administrative record. The parties stipulate that this should be served and filed on January 8, 2010;

    b. The filing of a Memoranda of Fact and Law by each party, which the parties also stipulate should be served and filed on January 8, 2010;

1  c. The filing of a Trial Brief (Opposition) by each party, which the parties stipulate should be served and filed on January 22, 2010;

d. The filing of a Reply Brief by each party, which the parties stipulate should be served and filed on January 29, 2010; and

e. A trial on February 12, 2010, which will consist of a two hour hearing before the Court for oral argument (or as much time as the Court deems appropriate).

**It is So Stipulated**

DATED: September 3, 2009

THE LAW OFFICES OF RUSSELL G. PETTI

/S/
_____
RUSSELL G. PETTI
Attorneys for Plaintiff
Kerilei Oldoerp

DATED: September 3, 2009

SEDGWICK, DETERT, MORAN & ARNOLD, LLP

/S/
_____
ERIN CORNELL
Attorneys for Defendants
Metropolitan Life Insurance Company
and the Wells Fargo and Company
Long Term Disability Plan

**ORDER**

Based on the Stipulation of the Parties, and for Good Cause shown, the following is hereby Ordered:

a. That the Summary Judgment hearing set in this matter for November 6, 2009 be removed from the calender;

b. ~~That, in its place, the Court will set a bench trial on the record, for February 12, 2010;~~

c. That the written administrative record will be served and filed on January 8, 2010;

3
**STIPULATION AND [~~PROPOSED~~] ORDER FOR BENCH TRIAL C 08-05278 JSW**

| | | |
|---|---|---|
|1| d. | ~~That each party~~ Plaintiff shall file and serve a Memoranda of Fact and Law by ~~on~~ January 8, 2010; Defendant shall file its memoranda of fact and law and opposition to Plaintiff's brief by January 22, 2010; Plaintiff shall file its reply and opposition to Defendant's brief by February 5, 2010; and Defendant shall file its reply by February 12, 2010. |
|3| e. | ~~That each party shall file and serve a Trial Brief (Opposition) on January 22, 2010;~~ |
|5| f. | ~~That each party shall file and serve a Reply Brief on January 29, 2010.~~ |

The Court FURTHER ORDERS that pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2, this matter is referred to a randomly-assigned magistrate judge to conduct a settlement conference to be conducted within ninety days anytime after February 12, 2010. The Court will set a bench trial, if necessary, after the settlement conference. **It is So Ordered**

IT IS SO ORDERED.

Dated: September ~~28~~ 8, 2009

_____
The Honorable Jeffrey S. White
United States District Judge

cc: Wings Hom

4
**STIPULATION AND [~~PROPOSED~~] ORDER FOR BENCH TRIAL C 08-05278 JSW**