IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KERILEI R. OLDOERP, | No. C 08-05278 RS |
| Plaintiff, | **CASE MANAGEMENT SCHEDULING ORDER** |
| v. | |
| WELLS FARGO & COMPANY LONG TERM DISABILITY PLAN; METROPOLITAN LIFE INSURANCE COMAPNY, | |
| Defendants. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on June 27, 2013. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. OPENING TRIAL MEMOS. Opening trial memos shall be simultaneously exchanged and filed no later than August 30, 2013

2. OPPOSITION BRIEFS. Opposition briefs shall be simultaneously exchanged and filed no later than September 10, 2013.

CASE MANAGEMENT SCHEDULING ORDER

3.   TRIAL DATE.   A bench trial shall commence on **October 16, 2013 at 1:30 p.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED:   6/27/13

_____
RICHARD SEEBORG
United States District Judge